U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2016 MAY 11  AM 4: 44

CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 5:16-cr-66 |
| ) | |
| WAYNE ALEXANDER, a.k.a. "Bones," ) | |
| Defendant. ) | |

## INDICTMENT

The Grand Jury charges:

### COUNT 1

On or about April 2, 2016, in the District of Vermont, the defendant, WAYNE ALEXANDER, a.k.a. "Bones," knowingly and intentionally distributed heroin, a Schedule I controlled substance.

(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C))

A TRUE BILL

_____
FOREPERSON

_____ (CEN) for
ERIC S. MILLER
United States Attorney
Rutland, Vermont
May 11, 2016